# POMERANTZ PERLBERGER & LEWIS LLP
### ATTORNEYS AT LAW

ONE PRESIDENTIAL BOULEVARD
SUITE 315
BALA CYNWYD, PA 19004
TELEPHONE (610) 664-3222
FAX (610) 664-5553

NORMAN PERLBERGER+
GERALD JAY POMERANTZ
ELIOT H. LEWIS

+ ADMITTED IN PA, NEW JERSEY, FLORIDA

NORMAN PERLBERGER
aperlberger@ppl-law.com

February 23, 2010

Office of the Clerk
Room 2020
Clarkson S. Fischer Building
402 E. State Street
Trenton, NJ   08608

RECEIVED AT 8:30 MAR - 8 2010 WILLIAM T. WALSH CLERK

ECF-FILED

Re:   Molnar v. Merck & Co., Inc.       3:08-cv-00008-GEB-JJH
      Kuczajda v. Merck & Co., Inc.      3:10-cv-00679-MLC-LHG
      Gozdziak v. Merck & Co., Inc.      3:09-cv-05630-FLW-TJB
      Duke v. Merck & Co., Inc.          3:09-cv-05693-AET-TJB

Gentlemen or Ladies:

On February 18, 2010, I filed four (4) Motions to consolidate the above cases that were filed with the court involving alleged Fosamax-related injuries. After a conversation with defense counsel, I have agreed to withdraw these Motions at this time.

Please mark them as withdrawn. Thank you very much.

Very truly yours,

NORMAN PERLBERGER

NP:net

cc:   Wilfred P. Coronato, Esquire (via ECF and FAX 201-536-0799)

*[Handwritten: With Consent of Defense Counsel as Discussed during the Initial Conferences held in 09-5630 & 09-5693 the application to Withdraw the Motions is Granted]*

So Ordered this 5 day of March, 2010

*[Signature]*