**NOT FOR PUBLICATION**

|  |  |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION (NO. II) | MDL No. 2243 |
| PHYLLIS MOLNAR, ET AL., Plaintiffs, v. MERCK & CO., INC., Defendant. | Civ. No. 08-008 (GEB) **ORDER** |
| **RELATES TO ALL ACTIONS** |  |

**BROWN, Chief Judge**

IT IS THIS 26th day of May, 2011, hereby

ORDERED that this civil action, *Molnar, et al., v. Merck & Co., Inc.*, (Civ. No. 08-008) (GEB) (hereinafter "*Molnar*"), is designated the lead civil action in MDL No. 2243;

ORDERED that the docket for *Molnar* shall be the master docket for MDL No. 2243 in the District of New Jersey;

ORDERED that all filings related to MDL No. 2243, including all filings in any member civil action, are simultaneously filed in *Molnar*.

ORDERED that, until ordered otherwise, Defendant Merck & Co., Inc. (hereinafter "Merck"): (1) promptly notify the Court of any civil action filed in the District of New Jersey that appears reasonably related to MDL No. 2243; and in addition (2) promptly provide the Court

with a comprehensive list of member civil actions to MDL No. 2243 following the transfer of any civil action to this Court for inclusion in MDL No. 2243 by the J.P.M.L., or this Court's decision to include any civil action originally filed in the District of New Jersey to MDL No. 2243;

ORDERED that Merck simultaneously file the foregoing with the J.P.M.L.;

ORDERED that the Clerk of the Court forward a copy of this order to the Clerk of the J.P.M.L.

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.