# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: FOSAMAX (ALENDRONATE SODIUM)
PRODUCTS LIABILITY LITIGATION (NO. II)**                    MDL No. 2243

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO−37)

On May 23, 2011, the Panel transferred 10 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1355 (J.P.M.L. 2011). Since that time, 55 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Joel A Pisano.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Pisano.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of May 23, 2011, and, with the consent of that court, assigned to the Honorable Joel A Pisano.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____ Deputy Clerk

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: FOSAMAX (ALENDRONATE SODIUM)**
**PRODUCTS LIABILITY LITIGATION (NO. II)**                    MDL No. 2243

## SCHEDULE CTO−37 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ILLINOIS SOUTHERN**

| ILS | 3 | 12−00090 | Lange v. Merck Sharp &Dohme, Corp. |

**LOUISIANA EASTERN**

| LAE | 2 | 12−00299 | Gill v. Merck &Co., Inc. |

**MISSISSIPPI SOUTHERN**

| MSS | 3 | 11−00791 | Richmond v. Merck Sharp &Dohme Corp., et al |

**MISSOURI EASTERN**

| MOE | 4 | 12−00156 | DeClue v. Merck Sharp &Dohme, Corp. |

**NEW YORK SOUTHERN**

| NYS | 1 | 12−00621 | Gentile v. Merck Sharp &Dohme Corp. et al |

**NEW YORK WESTERN**

| NYW | 1 | 12−00085 | Wicher v. Merck Sharp &Dohme Corp. et al |

**TENNESSEE MIDDLE**

| TNM | 3 | 11−00505 | Walker v. Novartis Pharmaceuticals et al |