UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JAN 30 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

| | |
|---|---|
| IN RE:<br><br>FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION (No. II)<br><br>*This Document Relates To*<br>*Glynn et al., v. Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc.* | MDL No. 2243<br><br>Civ. No. 08-08(JAP) (LHG)<br><br>Civ. No. 11-5304 (JAP)(LHG) |

CASE MANAGEMENT ORDER NO. 4C
(Amending Glynn *In Limine* Motion Briefing Schedule)

Upon the stipulation and agreement of the parties, the Court hereby modifies Paragraph 4(C) of the Case Management Order No. 4A [Docket No. 1915], as follows:

1. Opposition to the Motions *in limine* shall be filed on or before February 7, 2013 and any reply briefs in further support of such motions shall be filed by February 19, 2013.

SO ORDERED.

Dated: January 30, 2013

Honorable Joel A. Pisano, U.S.D.J.