NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION | |
| BERNADETTE GLYNN and RICHARD GLYNN, | Civil Action No. 11-5304, 08-08 |
| Plaintiffs, | ORDER |
| v. | |
| MERCK SHARP & DOHME CORP, | |
| Defendant. | |

Presently before the Court is Defendant Merck Sharp & Dohme Corp ("Defendant")'s Omnibus *Daubert* Motion [docket # 28]. For the reasons in the accompanying Opinion,

**IT IS** on this 10th day of April, 2013,

**ORDERED** that the Motion is DENIED as to Drs. Cornell, Klein, Madigan, and Blume; and it is further

**ORDERED** that the treating physicians may offer causation opinions only based on their treatment and care of Plaintiff Mrs. Glynn.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge