UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
NOV -7 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

IN RE:
FOSAMAX (ALENDRONATE SODIUM) PRODUCTS
LIABILITY LITIGATION (No. II)

MDL No. 2243
Civ. No. 08-08(JAP) (LHG)

*This Document Relates To All Actions*

### [PROPOSED] CASE MANAGEMENT ORDER NO. 4I
(Requiring Filings On The Master Docket)

This matter having come before the Court on joint application of Plaintiffs, through Plaintiffs' Liaison counsel, and Merck Sharp & Dohme Corp. ("Merck"), by counsel, for entry of an order clarifying that Case Management Order 4 ("CMO 4"), paragraph 5, which states that "Documents shall be filed only under the master docket, Civil Action 08-08," requires that all documents, including briefs, be filed only on the master docket, Civil Action 08-08, unless otherwise permitted by Court Order to be filed on the individual case docket, and the Court having received briefs and other documents that have been filed on individual case dockets in non-bellwether trial selection cases (see CMO 14), rather than on the master docket, and for good cause having been shown;

IT IS on this 7 day of Nov_____, 2013,

ORDERED that, unless otherwise ordered by this Court, pursuant to CMO 4, in every case consolidated in this MDL 2243, all documents of any kind, including briefs, are to be

electronically filed on the master docket, 08cv08 (JAP)(LHG) in accordance with CMO 4.

_____
JOEL A. PISANO
UNITED STATES DISTRICT JUDGE