FOX ROTHSCHILD LLP
**Formed in the Commonwealth of Pennsylvania**
By:     Karen A. Confoy, Esquire
Princeton Pike Corporate Center
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648-2311
(609) 896-3600
(609) 896-1469 Fax
Attorneys for Merck, Sharp & Dohme Corp.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION*<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sharon Wallheimer v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.*<br><br>Civil Action No.  13-cv-06563 | MDL No. 2243<br>Civ. Action. No. 08-08 (JAP)<br><br>**MERCK SHARP & DOHME CORP.'S DISCLOSURE OF CORPORATE INTERESTS STATEMENT** |

Defendant, Merck Sharp & Dohme Corp. ("Merck"), by and through its undersigned attorneys, states that Merck is a wholly owned subsidiary of the entity formerly known as Schering Plough Corporation, which has been renamed Merck & Co., Inc.  Merck further states that it is not aware of any publicly held company that owns 10% or more of Merck.

          **FOX ROTHSCHILD LLP**
          **Formed in the Commonwealth of Pennsylvania**
          Attorneys for Defendant Merck Sharp & Dohme Corp.

Dated:  January 24, 2014          By: /s/ Karen A. Confoy
                                                               Karen A. Confoy, Esq.
                                                               kconfoy@foxrothschild.com

OF COUNSEL:

**VENABLE LLP**
Paul F. Strain
David J. Heubeck
Stephen E. Marshall
750 E. Pratt Street
Suite 900
Baltimore, Maryland 21202
(410) 244-7400
(410) 244-7742 (fax)
Attorneys for Defendant Merck Sharp &
Dohme Corp. (formerly known as Merck &
Co., Inc.)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 24, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Karen A. Confoy
Karen A. Confoy, Esq.
kconfoy@foxrothschild.com
