Karen A. Confoy
**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel: 609.896.3600
Fax: 609.896.1469

*Attorneys for Defendants*
*Merck Sharp & Dohme Corp. and Merck & Co., Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Carl Donald Johnson v.*<br>*Merck Sharp & Dohme Corp.*<br><br>Civil Action No. 13-cv-05167 | **MDL No. 2243**<br>Civ. Action. No. 08-08 (JAP)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE FOR FAILURE TO PROVIDE A COMPLETED PLAINTIFF PROFILE FORM AND AUTHORIZATIONS FOR RELEASE OF MEDICAL RECORDS IN VIOLATION OF CMO NO. 8** |

To:   Donald A. Ecklund
      Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
      DEcklund@carellabyrne.com

      James E. Cecchi
      Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
      JCecchi@carellabyrne.com

      David R. Buchanan
      Seeger Weiss LLP
      DBuchanan@seegerweiss.com

      James A. McKowen
      James F. Humphreys & Associates
      jmckowen@jfhumphreys.com

**PLEASE TAKE NOTICE** that on May 5, 2014, the undersigned, attorneys for defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc. (collectively, "Merck"), shall move before the Honorable Joel A. Pisano, United States District Judge of the United States District Court in Trenton, New Jersey, for the dismissal of the herein matter as relating to plaintiff Carl Donald Johnson for failure to provide a completed Plaintiff Profile Form ("PPF") and Authorizations for Release of Medical Records and other sources of information ("Authorizations") in violation of Case Management Order No. 8; and

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Merck relies on the Memorandum of Law and the Declaration of Karen A. Confoy with Exhibits, submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

Dated: April 7, 2014

**FOX ROTHSCHILD LLP**

*Attorneys for Defendants*
*Merck Sharp & Dohme Corp. and*
*Merck & Co., Inc.*

By: /s/ Karen A. Confoy
    Karen A. Confoy
    kconfoy@foxrothschild.com