NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION | |
| BARBARA GAYNOR and ROBERT GAYNOR, | Civil Action No. 12-1492, 08-08 |
| Plaintiffs, | **ORDER** |
| v. | |
| MERCK SHARP & DOHME CORP, | |
| Defendant. | |

Presently before the Court is Defendant, Merck, Sharp, & Dohme Corp.'s ("Defendant") Motion for Summary Judgment [docket #3152 in 08-08] and Plaintiffs Barbara and Robert Gaynor's ("the Gaynor Plaintiffs") Motion for Discovery pursuant to Federal Rule of Civil Procedure 56(d) [docket #3541 in 08-08]. The parties have each opposed the respective motions [docket #3531 and #3825]. The Court having read and considered the papers thereto, and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 17th day of June, 2014,

**ORDERED** that Defendant's Motion for Summary Judgment [docket #3152] is GRANTED; and it is further

**ORDERED** that the Gaynor Plaintiffs' Motion for Discovery [docket #3541] is DENIED; and it is further

**ORDERED** that the Clerk of this Court shall terminate the Gaynor Plaintiffs case, docket number 12-cv-1492.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.