Karen A. Confoy
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel: 609-896-3600
Fax: 609-896-1469
*Attorneys for Defendants*
*Merck Sharp & Dohme Corp. and Merck & Co., Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Deborahanne Wicher as Executor of the Estate of Helen H. Wicher v. Merck & Co., Inc. and Merck Sharp & Dohme, Corp.*<br><br>Civil Action No. 3:12-cv-00964 | MDL No. 2243<br>Civ. Action. No. 08-08 (JAP)(LHG)<br><br>**NOTICE OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO PROVIDE COMPLETED PLAINTIFF PROFILE FORM AND AUTHORIZATIONS FOR RELEASE OF MEDICAL RECORDS IN VIOLATION OF CMO NO. 8** |

To:   Donald A. Ecklund
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
DEcklund@carellabyrne.com

James E. Cecchi
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
JCecchi@carellabyrne.com

David R. Buchanan
Seeger Weiss LLP
DBuchanan@seegerweiss.com

Theresa M. Walsh
Brown Chiari LLP
twalsh@brownchiari.com

**PLEASE TAKE NOTICE** that on December 1, 2014, the undersigned, attorneys for

defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc. ("Merck"), shall move before

-2-

the Honorable Joel A. Pisano, United States District Judge of the United States District Court in Trenton, New Jersey, for the dismissal with prejudice of the above-captioned case relating to Deborahanne Wicher as Executor of the Estate of Helen H. Wicher, Civil Action No. 3:12-cv-00964, for failure to provide completed Plaintiff Profile Form and Authorizations for the Release of Medical Records and other sources of information in violation of Case Management Order No. 8.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Merck relies on the Memorandum of Law and the Declaration of Karen A. Confoy with annexed exhibits submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

Dated:  November 4, 2014

**FOX ROTHSCHILD LLP**
*Attorneys for Defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc.*

By: /s/ Karen A. Confoy
    Karen A. Confoy
    kconfoy@foxrothschild.com