Karen A. Confoy
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel: 609-896-3600
Fax: 609-896-1469
*Attorneys for Defendants*
*Merck Sharp & Dohme Corp. and Merck & Co., Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Deborahanne Wicher as Executor of the Estate of Helen H. Wicher v. Merck & Co., Inc. and Merck Sharp & Dohme, Corp.*<br><br>Civil Action No. 3:12-cv-00964 | **MDL No. 2243**<br>Civ. Action. No. 08-08 (JAP)(LHG)<br><br>**ORDER GRANTING MERCK'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO PROVIDE COMPLETED PLAINTIFF PROFILE FORM AND AUTHORIZATIONS FOR RELEASE OF MEDICAL RECORDS IN VIOLATION OF CMO NO. 8** |

---

The above matter having been opened to the Court by Fox Rothschild LLP, attorneys for defendants Merck Sharp & Dohme Corp. and Merck & Co., Inc. (collectively, "Merck"), for an Order granting the dismissal with prejudice of the complaint of plaintiff Deborahanne Wicher as Executor of the Estate of Helen H. Wicher ("Plaintiff") for failure to provide a completed Plaintiff Profile Form ("PPF") and Authorizations for Medical Records and other sources of information ("Authorizations"), and the Court having considered the moving papers and the opposition thereto, if any; and

**THIS COURT FINDING** that Plaintiff failed to comply with the requirements of Case Management Order No. 8; and

**THIS COURT FINDING** that Plaintiff impeded discovery by failing to provide a completed PPF and Authorizations;

**IT IS** on this _____ day of _____, 2014,

**ORDERED** that Merck's motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, relating to Civil Action No. 12-cv-00964, be and is hereby **DISMISSED** with prejudice; and

**IT IS FURTHER ORDERED** that each party is to bear its own costs.

_____
Hon. Joel A. Pisano, U.S.D.J.