

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES LISTED IN APPENDIX 1 | DOCUMENT FILED ELECTRONICALLY<br><br>MDL No. 2243<br>Master Docket No. 08-08 (JAP)(LHG) |

### ORDER TO SHOW CAUSE WHY ALL PENDING CLAIMS ASSERTING THAT THE 2011 FOSAMAX LABEL WAS A PROXIMATE CAUSE OF PLAINTIFFS' INJURIES SHOULD NOT BE DISMISSED

This MDL proceeding consists of product-liability suits concerning Fosamax, a prescription bisphosphonate medicine indicated for, *inter alia*, the treatment and prevention of osteoporosis. Plaintiffs in these cases assert state law claims against Merck Sharp & Dohme Corp. ("Merck") – the manufacturer of Fosamax – alleging that Fosamax caused plaintiffs to suffer atypical femur fractures. Plaintiffs' claims all emanate from a general theory that Merck failed to provide an adequate warning about the risk of such fractures.

On June 27, 2013, this Court entered judgment as a matter of law for Merck in the bellwether *Glynn* case on the ground that federal law preempts claims like the *Glynn* plaintiffs' claims against Merck. *See Glynn v. Merck Sharp & Dohme, Corp.*, Nos. 11-503, 08-08, --- F. Supp. 2d ---, 2013 WL 3270387 (D.N.J June 27, 2013). The Court reached this decision because Merck had presented clear

evidence that the FDA would not have approved a Warning or Precaution about low-energy subtrochanteric or femoral shaft fractures in the Fosamax label prior to Mrs. Glynn's injury. *Id.* at *7.

Subsequent to the *Glynn* decision, the Court issued an Order to Show Cause ("August 2013 OTSC") (Dkt. 2895) directing all other plaintiffs who suffered femur fractures prior to September 14, 2010 to show cause why their pre-September 14, 2010 injury claims should not be dismissed on preemption grounds pursuant to the Court's ruling in the *Glynn* case. *See In re Fosamax (Alendronate Sodium) Prods. Liab. Litig.*, MDL 2243, 2014 WL 1266994 (D.N.J. Mar. 26, 2014).

After extensive briefing, the Court entered judgment as a matter of law on all pre-September 14, 2010 injury claims made by the plaintiffs listed in Appendix A of the August 2013 OTSC, explaining that "[p]reemption was dispositive of *Glynn* and cuts across all pre-label change cases." *Id.* at *1.

The Court then sought to address post-label-change cases. The post-label change cases are those cases that were filed by plaintiffs who allegedly sustained a fracture after Merck added to the Fosamax label a warning about atypical femur fractures. To that end, the Court received summary judgment briefing from the parties in the bellwether case of Barbara Gaynor. Merck argued that plaintiffs' claims failed under New York law because Fosamax's 2011 label expressly warns

of the risk of atypical femur fractures – the precise injury allegedly sustained by Mrs. Gaynor. Plaintiffs responded that Ms. Gaynor was basing her claims on the pre-2011 label even though she allegedly suffered a femur fracture in September 2011.

After extensive briefing, the Court found that "[w]hile the Gaynor Plaintiffs' Complaint specifically alleges that the warnings given by Defendant were not adequate . . . they are now contending that this Court should not determine whether the Fosamax label is adequate because Mrs. Gaynor is not contending that the label was a proximate cause of her injury. Plaintiffs cannot have it both ways." *Gaynor v. Merck Sharp & Dohme Corp.*, Nos. 12-1492, 08-08, 2014 WL 2738224, at *8 (D.N.J. June 17, 2014). The Court went on to hold that the 2011 Fosamax label is adequate as a matter of law, because it "is accurate, clear, consistent and as a whole conveys a meaning that is unmistakable as it relates to AFF's." *Id.* at *11.

Earlier this year, the PSC indicated that regardless of when each plaintiff in this MDL proceeding claims to have been injured, "no Plaintiff alleges that the January 2011 label was a proximate cause of his or her injury." (Dkt. 3147, Ex. 4.) The PSC recently reiterated that position in a letter of September 9, 2014 (Dkt. 3895). Accordingly, it now appears that all of the plaintiffs in this litigation are basing their claims on the pre-2011 Fosamax label.

IT APPEARING TO THE COURT, based on all of the evidence presented, that there is clear evidence that the FDA would not have approved a Warning or Precaution about low-energy subtrochanteric or femoral shaft fractures in the Fosamax label before the American Society for Bone and Mineral Research ("ASBMR") released its first report on bisphosphonates and atypical femur fractures on September 14, 2010; and

IT APPEARING TO THE COURT that the 2011 Fosamax label is adequate as a matter of law, because it is accurate, clear, consistent and as a whole conveys a meaning that is unmistakable as it relates to AFF's, and

IT APPEARING TO THE COURT that the plaintiffs listed in Appendix 1 assert claims that all emanate from a general theory of failure to warn;

IT IS on this 5th day of Nov 2014,

ORDERED that any plaintiff identified in Appendix 1 who, contrary to the representations of the PSC, claims that the January 2011 Fosamax label that included the warning about atypical femur fractures was inadequate and a proximate cause of her/his alleged injury shall SHOW CAUSE why their claims should not be dismissed pursuant to this Court's rulings in *Glynn* and/or *Gaynor*; any briefs and supporting papers shall be filed within forty-five (45) days of entry of this order; and Merck shall have thirty (30) days to file a reply to plaintiffs' response to this Order.

It is further ORDERED that any plaintiff identified in Appendix 1 who, consistent with the representations of the PSC, does not claim that the January 2011 Fosamax label that included the warning about atypical femur fractures was a proximate cause of her/his alleged injury is hereby forever barred, precluded and estopped from claiming that the January 2011 Fosamax label was inadequate and a proximate cause of their alleged injury.

It is further ORDERED that the Court may schedule oral argument at its discretion.

It is further ORDERED that plaintiffs' liaison counsel shall ensure that all plaintiffs receive a copy of this Order.

> _____
> Hon. Joel A. Pisano
> United States District Judge

APPENDIX I

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Abbott, Sharon | Abbott, Sharon | 13-cv-4701 | 6/3/2012 |
| Abee, Helen | Abee, Helen | 13-cv-1263 | 12/17/2010 |
| Abrams, Marilyn | Abrams, Marilyn | 13-cv-120 | 1/5/2010 |
| Ahlgren, Constance | Ahlgren, Constance | 13-cv-6546 | 10/16/2010 |
| Akridge, Ronald | Akridge, Ronald | 12-cv-5591 | Unknown |
| Alberg, Evelyn | Alberg, Evelyn | 13-cv-1378 | 6/20/2008; 9/16/2010 |
| Aldous, Carol L. | Aldous, Carol | 13-cv-629 | 4/21/2011; 8/28/2011 |
| Allen, Juanita | Allen, Juanita | 12-cv-5835 | Unknown |
| Allera, June | Allera, June | 13-cv-1661 | 12/28/2000 |
| Andrews, Mary | Andrews, Mary | 12-cv-1347 | 12/11/2009 |
| Arinsberg, Larry | Arinsberg, Larry | 12-cv-7285 | Unknown |
| Atkins, Peggy | Atkins, Peggy | 12-cv-6842 | 3/2/2008; 4/19/2012 |
| Auker, Carolyn | Auker, Carolyn | 13-cv-1657 | 3/16/2010 |
| Ayres, Catherine | Ayres, Catherine | 12-cv-6658 | 7/23/2010 |
| Banner, Lorraine | Banner, Lorraine | 13-cv-785 | 3/28/2011 |
| Bannon, Florence | Bannon, Florence | 12-cv-4082 | 7/21/2011 |
| Barbe, Jane | Barbe, Jane | 12-cv-6348 | 10/12/2007 |
| Bartosch, Nancy J. | Bartosch, Nancy | 13-cv-1413 | 10/1/2010 |
| Bartsch, Geraldine | Bartsch, Geraldine | 13-cv-1021 | Unknown |
| Basile, Marie | Basile, Marie | 12-cv-6944 | 10/31/2010 |
| Beachel, Nancy | Beachel, Nancy | 14-cv-1371 | 6/27/2013 |
| Beadles, Louise | Beadles, Louise | 13-cv-846 | 6/10/2010 |
| Benedict, Shirley | Benedict, Shirley | 13-cv-64 | Unknown |
| Bennett, Elba I. | Bennett, Elba | 13-cv-4448 | 7/7/2011 |
| Benoit, Carolyn F. | Benoit, Carolyn F. | 14-cv-1917 | 7/29/2012; 2/21/2013 |
| Bernstein, Linda | Bernstein, Linda | 13-cv-5911 | 3/16/2012; 8/29/2012 |
| Betts, Sandra | Betts, Sandra | 13-cv-1297 | Unknown |
| Dharamsi, Kanta Manoj | Bishop, Rosemary | 12-cv-1344 | 8/14/2011 |
| Peterson, Pura Gonzales | Bishop, Rosemary | 12-cv-1344 | 9/21/2010 |
| Bjork, Frances | Bjork, Frances | 12-cv-3325 | 9/26/2010 |
| Black, Sandra Y. | Black, Sandra | 12-cv-33 | 5/2/2011; 10/3/2011 |
| Bordelon, Juanita | Bordelon, Juanita | 12-cv-161 | 5/28/2011 |
| Borri, Janice M. | Borri, Janice | 11-cv-7341 | 10/17/2010; 10/23/2010 |
| Boue, Norma | Boue, Norma | 13-cv-6407 | Unknown |
| Bowen, Kay | Bowen, Kay | 13-cv-1317 | Unknown |
| Brail, Katherine | Brail, Katherine | 12-cv-5977 | 7/18/2011 |
| Bravo de Meneses, Maria M. | Bravo de Meneses, Maria | 13-cv-3471 | 5/29/2011; 12/23/2011 |
| Bray, Nettie | Bray, Nettie | 13-cv-1017 | 2/16/2011 |
| Breeden, Judy | Breeden, Judy | 11-cv-6749 | 11/16/2010 |
| Breen, Mary Elizabeth | Breen, Mary Elizabeth | 13-cv-1316 | 8/10/2010 |

APPENDIX 1

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Breslin, Frances | Breslin, Frances | 12-cv-6166 | 10/8/2010 |
| Brooks, Linda | Brooks, | 12-cv-6468 | 6/14/2011 |
| Brooks, Betty | Brooks, Betty | 13-cv-1314 | 3/16/2005; 9/6/2010; 1/31/2012 |
| Brown, Christine | Brown, Christine | 14-cv-1220 | Unknown |
| Brown, Garry L. | Brown, Garry | 12-cv-2731 | 1/15/2011 |
| Brown, Harriett C. | Brown, Harriett | 13-cv-250 | 4/10/2011 |
| Bruffett, Melanie Ann | Bruffett, Melanie | 12-cv-3976 | 4/1/2012 |
| Bundy, Ruth | Bundy, Ruth | 14-cv-1215 | Unknown |
| Burch, Margaret | Burch, Margaret | 12-cv-3554 | 4/29/2011 |
| Burchett, Priscilla | Burchett, Priscilla | 12-cv-7416 | 12/1/2009 |
| Burnett, Mary | Burnett, Mary | 12-cv-6101 | Unknown |
| Burns, Ruth M. | Burns, Ruth | 13-cv-6183 | 12/31/2010 |
| Bush, Juanita | Bush, Juanita | 13-cv-1448 | 5/25/2012 |
| Caffery, Sharil | Caffery, Sharil | 12-cv-4425 | 4/22/2011 |
| Caldarello, Madeline | Caldarello, Madeline | 12-cv-5832 | 9/15/2009 |
| Camp, Phyllis | Camp, Phyllis | 13-cv-2624 | 4/24/2010 |
| Capasso, Kathleen | Capasso, Kathleen | 13-cv-5693 | Unknown |
| Carbo, Dorothy | Carbo, Dorothy | 13-cv-1260 | 12/5/2005 |
| Carey, Patricia | Carey, Patricia | 13-cv-2413 | Unknown |
| Carter, Cristina | Carter, Cristina | 12-cv-7331 | 11/28/2010 |
| Carter, Evelyn Wilson | Carter, Evelyn | 12-cv-2822 | 6/17/2009 |
| Carter, Katherine S. | Carter, Katherine | 12-cv-4940 | 7/21/2011 |
| Campbell Carter, Marguerite | Carter, Marguerite | 12-CV-2674 | 3/20/2011 |
| Cartier, Kathleen S. | Cartier, Kathleen | 12-cv-2835 | 6/22/2011 |
| Cassatt, Darlene | Cassatt, Darlene | 13-cv-2401 | Unknown |
| Castillo, Frances | Castillo, Frances | 12-cv-6165 | Unknown |
| Castillo, Mabel | Castillo, Theresa (PR-Mabel Castillo Estate) | 12-cv-70 | 1/1/2009 |
| Chapman, Priscilla J. | Chapman, Priscilla | 13-cv-590 | 1/12/2011 |
| Chase, Brenda | Chase, Brenda | 12-cv-1786 | 4/2/2011; 7/30/2012 |
| Chatman, Virginia | Chatman, Virginia | 13-cv-754 | 1/19/2012 |
| Christy, Tamsen | Christy, Tamsen | 13-cv-2246 | 3/28/2011 |
| Cianci, Harriett Elizabeth | Cianci, Harriett Elizabeth | 12-cv-2859 | 10/19/2010 |
| Cichocki, Irene B. | Cichocki, Irene | 14-cv-4558 | 12/24/2010 |
| Clifton, Anatala S. | Clifton, Anatala | 12-cv-1408 | 6/2/2011 |
| Coffey, Jean E. | Coffey, Jean | 13-cv-1696 | 7/16/2011 |
| Taylor, Nancy A. | Coffin, Carolyn (PR-Nancy Taylor Estate) | 13-cv-850 | 11/4/2009; 3/21/2011; 4/4/2011 |
| Colby, Carol A. | Colby, Carol | 13-cv-1435 | 11/11/2011 |
| Coleman, Colleen | Coleman, Colleen | 13-cv-263 | 3/14/2012 |

2

APPENDIX 1

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Colern, Barbara | Colern, Barbara | 12-cv-7723 | 10/17/2009; 3/30/2012 |
| Collier, Karen G. | Collier, Karen | 12-cv-2860 | 5/17/2011 |
| Collins, Margie | Collins, Margie | 13-cv-2004 | 4/15/2011 |
| Conner, Cheryl | Conner, Cheryl | 13-cv-442 | 2/17/2003; 7/2/2007 |
| Conroy, Joyce | Conroy, Joyce | 13-cv-41 | Unknown |
| Conway, Janet | Conway, Janet | 13-cv-179 | Unknown |
| Cook, Darlene | Cook, Darlene | 12-cv-7112 | Unknown |
| Cope, Mary S. | Cope, Mary | 12-cv-1385 | 9/27/2010 |
| Corriveau, Laurie | Corriveau, Laurie | 12-cv-6164 | Unknown |
| Costigan, Jack | Costigan, Jack | 13-cv-2159 | Unknown |
| Covin, Cynthia | Covin, Cynthia | 14-cv-4308 | 6/27/2011 |
| Cox, Mary Ann | Cox, Mary Ann | 12-cv-6367 | 4/1/2012 |
| Cox, Ralph T. | Cox, Ralph T. | 12-cv-7173 | Unknown |
| Criss, Mira L. | Criss, Mira | 13-cv-1524 | 4/6/2012; 10/26/2012 |
| Cromwell, Theresa | Cromwell, Theresa | 13-cv-2095 | Unknown |
| Croyle, Kim | Croyle, Kim | 12-cv-7417 | 12/30/2010 |
| Cruce, Eva | Cruce, Eva | 13-cv-1698 | 7/6/2011 |
| Crunk, Dorothy | Crunk, Dorothy | 13-cv-7563 | 12/14/2011 |
| Cuedek, Steven | Cuedek, Steven | 13-cv-1715 | 9/14/2010 |
| Culpepper-Sheffield, Effie | Culpepper-Sheffield, Effie | 13-cv-29 | 9/2006; 1/16/2011 |
| Cummings, June | Cummings, June | 12-cv-6661 | Unknown |
| Dale, Marcia "Marcy" | Dale, Marcia | 12-cv-7193 | 12/5/2007; 11/27/2010 |
| Darling, Selma | Darling, Selma | 12-cv-6799 | 11/3/2010 |
| Darnell, Doris | Darnell, Doris | 12-cv-7681 | 5/21/2011 |
| Davis, Frances | Davis, Frances | 12-cv-6270 | 11/18/2011 |
| Davis, Judith | Davis, Judith | 11-cv-3313 | 12/3/2010 |
| Davis, Melissa (Mary Melissa) | Davis, Melissa | 13-1-cv-5324 | 10/8/2012 |
| Davis, Teresa Lynn | Davis, Teresa Lynn | 12-cv-6234 | Unknown |
| Dawson, Mary | Dawson, Mary | 12-cv-1870 | 3/24/2011 |
| Deaver, Clarice A. | Deaver, Clarice | 12-cv-7252 | 10/28/2010; 5/24/2011 |
| DeClue, Shirley | DeClue, Shirley | 12-cv-1052 | 6/14/2011 |
| Defibaugh, Delores | Defibaugh, Delores | 13-cv-5257 | 10/22/2010 |
| Denmon, Sterling | Denmon, Sterling | 12-cv-6350 | Unknown |
| DeStefano, Loretta | DeStefano, Loretta | 12-cv-2266 | 2/23/2010; 9/20/2010 |
| Diaz, Ana | Diaz, Ana | 12-cv-3386 | 9/10/2010 |
| Dillard, Norma | Dillard, Norma | 13-cv-30 | 8/22/2007; 3/2008 |
| Doses, Elaine | Doses, Elaine | 14-cv-731 | 7/26/2011 |
| Drake, Elaine | Drake, Elaine | 12-cv-5563 | Unknown |
| Dubois, Ann | Dubois, Ann | 12-cv-5487 | 9/2006; 9/2011 |
| Dudek, Marjorie | Dudek, Marjorie | 13-cv-5258 | 4/28/2011 |

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Duncan, Mary | Duncan, Mary | 13-cv-1891 | 6/27/2008; 5/8/2010 |
| Durec, Georgia | Durec, Georgia | 13-cv-5259 | 9/20/2010; 1/17/2011 |
| Duval, Doris Jane | Duval, Doris | 13-cv-772 | 5/30/2011 |
| Easterling, Dolores | Easterling, Dolores | 13-cv-1687 | 4/29/2011 |
| Ecker, Susan | Ecker, Susan | 12-cv-7259 | 4/3/2009; 9/20/2009 |
| Egle, Mary Frances | Egle, Mary | 12-cv-7376 | 12/10/2010; late 2010 |
| Eisman, Phyllis | Eisman, Phyllis | 14-cv-4556 | 11/16/2013 |
| Ellis, Rosemary | Ellis, Rosemary | 12-cv-5429 | Unknown |
| Elmore, Dolly G. | Elmore, Dolly | 13-cv-2089 | 12/25/2011; 3/19/2012 |
| Enerson, Kathleen | Enerson, Kathleen | 13-cv-5260 | 10/29/2010 |
| Enfield, Dorothy | Enfield, Dorothy | 13-cv-830 | 2/13/2007 |
| Eppler, Patricia | Eppler, Patricia | 12-cv-7411 | Unknown |
| Epstein, Marilyn | Epstein, Marilyn | 12-cv-7113 | 11/11/2010 |
| Eversole, Connie | Eversole, Connie | 12-cv-6100 | Unknown |
| Falconieri, Diane | Falconieri, Diane | 13-cv-1240 | 6/20/2008 |
| Faust, Patricia | Faust, Patricia | 12-cv-7365 | 10/6/2004; 10/2/2007 |
| Feinberg, Stephanie | Feinberg, Stephanie | 13-cv-31 | 6/17/2007; 9//28/2007 |
| Feingold, Renee | Feingold, Renee | 12-cv-4941 | 9/24/2010 |
| Ferguson, Marion A. | Ferguson, Marion | 12-cv-377 | 5/29/2011; 3/2012 |
| Fischer, Marilyn J. | Fischer, Marilyn | 12-cv-5270 | Unknown |
| Fishel, Patricia | Fishel, Patricia | 12-cv-6470 | 10/12/2010 |
| Fleetwood, Stella | Fleetwood, Stella | 13-cv-2108 | 4/29/2011 |
| Flynn, Wilma | Flynn, Wilma | 12-cv-1279 | 4/9/2011 |
| Forkel, Delia | Forkel, Delia | 12-cv-1848 | 4/13/2011 |
| Ennever, Patricia | Foster, Hazel | 12-cv-3596 | 7/22/2002; 9/24/2004 |
| Foster, Hazel | Foster, Hazel | 12-cv-6857 | 8/1/2011; 8/4/2012 |
| Ledbetter, David | Foster, Hazel | 12-cv-6857 | Unknown |
| Porter, Angela | Foster, Hazel | 12-cv-6857 | 6/15/2012 |
| Fox, Dorothy | Fox, Dorothy | 12-cv-5836 | Unknown |
| Frampton, Barbara | Frampton, Barbara | 11-cv-5564 | 12/1/2003; 12/22/2005 |
| Frasier-Smith, Sandra K. | Frasier-Smith, Sandra | 13-cv-1492 | 8/18/2012 |
| Frizzell, Martha | Frizzell, Martha | 12-cv-6273 | 2/29/2012 |
| Fulkerson, Maria | Fulkerson, Maria | 12-cv-1469 | 3/9/2005; 7/16/2011 |
| Fulmer, Irene | Fulmer, Irene | 12-cv-1108 | 11/28/2009 |
| Galemba, Ruth | Galemba, Ruth | 13-cv-35 | Unknown |
| Gallop, Martha Oliver Crawley | Gallop, Martha | 12-cv-1728 | 9/22/2010 |
| Gann, Mary | Gann, Mary | 13-cv-5943 | Unknown |
| Gaynor, Barbara | Gaynor, Barbara | 12-cv-1492 | 9/20/2011 |
| George, Jean G. | George, Jean | 13-cv-7414 | 12/8/2010 |
| Getzberg, Celia A. | Getzberg, Celia | 12-cv-4539 | 11/19/2011 |
| Geyer, Suzanne | Geyer, Suzanne | 13-cv-2774 | 1/16/2008; 5/17/2010 |

4

APPENDIX 1

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Gilbert, Barbara | Gilbert, Barbara | 12-cv-2547 | 5/16/2010; 4/4/2011 |
| Gill, Mary Jo | Gill, Mary Jo | 12-cv-1717 | 12/5/2010 |
| Gillett, Margaret | Gillett, Margaret | 12-cv-7412 | Unknown |
| Gittelman, Iris | Gittelman, Iris | 12-cv-6660 | 10/25/2009 |
| Gleue, Elmer | Gleue, Elmer | 13-cv-2798 | 5/30/2011 |
| Goldberger, Esther | Goldberger, Esther | 12-cv-5643 | 11/19/2009 |
| Goldklang, Charlotte | Goldklang, Charlotte | 11-cv-7279 | 9/12/2011 |
| Goldman, Marlene | Goldman, Marlene | 13-cv-1890 | Unknown |
| Gonshor, Eleanor | Gonshor, Eleanor | 12-cv-7125 | 11/16/2008 |
| Wolowick, Nancy Antoinette | Goodman, Arlene | 11-cv-3320 | 11/14/2010 |
| Goodwin, Prudence | Goodwin, Prudence | 13-cv-2096 | 5/24/2008; 7/6/2010 |
| Hancock, Judith | Gordan, Michelle (PR-Judith Hancock Estate) | 13-cv-1361 | 1/2/2009 |
| Gordon, Sandra | Gordon, Sandra | 11-cv-7022 | 11/9/2008 |
| Griffin, Sally | Griffin, Sally | 12-cv-5579 | Unknown |
| Anaya, Prescilla | Griggs-Anaya, Eleanor (PR-Prescilla Anaya Estate) | 13-cv-1487 | 3/17/2011 |
| Guire, Hazel | Guire, Hazel | 12-cv-5559 | Unknown |
| Gulley, Linda | Gulley, Linda | 13-cv-5839 | 11/13/2010 |
| Gulliford, Nancy | Gulliford, Nancy | 12-cv-5644 | Unknown |
| Gunderson, Rose | Gunderson, Rose | 13-cv-1366 | 4/27/2009 |
| Gunkle, Charlotte | Gunkle, Charlotte | 12-cv-6285 | 6/2/2007 |
| Gunsberg, Melvin | Gunsberg, Melvin | 12-cv-6163 | 8/23/2006 |
| Gurth, Beverly | Gurth, Beverly | 12-cv-7413 | 11/27/2010 |
| Hamman, Janet | Hamman, Janet | 12-cv-2189 | 8/4/2011 |
| Hampson, Rosemary | Hampson, Rosemary | 12-cv-7420 | Unknown |
| Hardaway, Rebecca | Hardaway, Rebecca | 13-cv-2423 | 4/22/2010 |
| Hill, Phyllis | Harne, Sharon (PR-Phyllis Hill Estate) | 12-cv-5562 | Unknown |
| Enfield, Sandra | Harralson, Connie (PR-Leta Sneed Estate) | 12-cv-4608 | 4/19/2010 |
| Harris, Marie E. | Harris, Marie | 12-cv-4446 | 4/16/2011 |
| Harris, Nora Faye | Harris, Nora Faye | 13-cv-7174 | 10/2/2010 |
| Harrison, Anne | Harrison, Anne | 12-cv-6006 | Unknown |
| Hastings, Susan | Hastings, Susan | 13-cv-2625 | 4/25/2011 |
| Hasty, Madeline Anne | Hasty, Madeline Anne | 13-cv-3361 | 5/30/2012 |
| Hawes, Katherine | Hawes, Katherine | 13-cv-36 | 8/14/2003 |
| Hawn, Patricia | Hawn, Patricia | 13-cv-4643 | 8/5/2011; late 2011/early 2012 |
| Haynes, TC | Haynes, TC | 13-cv-1885 | 1/1/2012; 2/11/2011 |

5

APPENDIX 1

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Hazelbaker, Dorothy | Hazelbaker, Dorothy | 13-cv-3443 | 6/4/2010 |
| Heaton, Sue | Heaton, Sue | 13-cv-7705 | 12/18/2011; 6/25/2012 |
| Helfers, Myrtle A. | Helfers, Myrtle | 13-cv-4985 | 3/4/2006 |
| Henrich, Cetha | Henrich, Cetha | 13-cv-698 | 2/3/2011 |
| Herbert, Paula | Herbert, Paula | 12-cv-1635 | 4/2003 |
| Hernandez, Enid | Hernandez, Enid | 14-cv-1221 | Unknown |
| Hildebrand, Dena | Hildebrand, Dena | 12-cv-6435 | 8/24/2011 |
| Hildebrand, Gloria Cope | Hildebrand, Gloria Cope | 12-cv-3616 | 4/27/2011 |
| Hillenburg, Wilma | Hillenburg, Wilma | 12-cv-1202 | 11/14/2010 |
| Himalaya, Shanthi | Himalaya, Shanthi | 12-cv-2599 | 5/23/2011 |
| Hiveley, Barbara | Hiveley, Barbara | 12-cv-1201 | Unknown |
| Hofer, Dolores | Hofer, Dolores | 12-cv-6103 | 9/1/2010 |
| Holland, Connie | Holland, Connie | 14-cv-2147 | 11/29/2011; 2/15/2012 |
| Holman, Richlyn L. | Holman, Richlyn | 12-cv-6051 | 5/22/2012 |
| Holton, Karen Lynn Ayscue | Holton, Karen Lynn Ayscue | 12-cv-1037 | 12/25/2010 |
| Homler, Shirley | Homler, Shirley | 11-cv-3162 | 7/20/2010; 10/2010 |
| Hoover, Jane | Hoover, Jane | 11-cv-6650 | Unknown |
| Horn, Kathleen | Horn, Kathleen | 13-cv-2224 | 5/26/2012 |
| Howard, Zono Jane | Howard, Zono Jane | 12-cv-5487 | 9/3/2011 |
| Hudak, Mary | Hudak, Mary | 13-cv-3475 | 11/23/2011 |
| Hulin, Vikki L. | Hulin, Vikki | 12-cv-1278 | 8/5/2011 |
| Hunter, Daphne | Hunter, Daphne | 12-cv-6300 | 10/6/2010 |
| Hurley, Cheryl | Hurley, Cheryl | 12-cv-6985 | 11/9/2010 |
| Hurst, Thelma | Hurst, Thelma | 12-cv-5967 | Unknown |
| Irish, Marie Amber Drew | Irish, Marie Amber Drew | 12-cv-5414 | 12/25/2007 |
| Jackson, Margie | Jackson, Margie | 12-cv-1750 | 5/2009; 11/25/2009; 9/20/2012 |
| James, Betty | James, Betty | 13-cv-1367 | 10/11/2007 |
| Jarrett, June B. | Jarrett, June | 12-cv-3591 | 11/22/2011 |
| Jatcko, Barbara | Jatcko, Barbara | 13-cv-37 | 12/12/2007 |
| Jeffery, Joy | Jeffery, Joy | 12-cv-6908 | 10/24/2010 |
| Jeffries, Marilyn | Jeffries, Marilyn | 11-cv-3370 | 2/9/2011 |
| Jennings, Madeline | Jennings, Madeline | 13-cv-1592 | 3/11/2010 |
| Johnson, Beverly E. | Johnson, Beverly | 13-cv-6205 | 9/25/2010 |
| Johnson, Carl Donald | Johnson, Carl Donald | 13-cv-5167 | 2011 |
| Johnson, Karen | Johnson, Karen | 12-cv-6600 | 11/2007; 9/2010 |
| Jackson, Helen | Johnson, Sandra (Estate of Helen Jackson) | 14-cv-3763 | 11/13/2007 |
| Jones, Carole | Jones, Carole | 12-cv-7427 | Unknown |
| Jones, Sheila | Jones, Sheila | 12-cv-7422 | 12/1/2010; 5/13/2011 |

6

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Jones, Sumi | Jones, Sumi | 12-cv-7256 | 11/24/2009 |
| Joseph, Carol J. | Joseph, Carol | 13-cv-2258 | 9/26/2012 |
| Kafka, Helene | Kafka, Helene | 13-cv-568 | 9/4/2008 |
| Kahn, Sandra | Kahn, Sandra | 11-cv-5150 | 10/3/2010 |
| Kantrowitz, Norma | Kantrowitz, Norma | 13-cv-6054 | 11/18/2011 |
| Karimi-Azad, Talat | Karimi-Azad, Talat | 12-cv-2548 | 4/5/2011 |
| Karones, Clara | Karones, Clara | 12-cv-7418 | 6/20/2000; 12/3/2005; 12/1/2010 |
| Kazemi, Farideh | Kazemi, Farideh | 12-cv-1719 | 4/17/2011; 8/20/2011 |
| Kazemi, Marilyn | Kazemi, Marilyn | 12-cv-6183 | 10/30/2010 |
| Kellison, Joyce H. | Kellison, Joyce | 13-cv-1513 | 5/2011; 5/2012 |
| Kershanbaum, Roslyn | Kershanbaum, Roslyn | 12-cv-7192 | 11/28/2010 |
| Kessler, Janice Joanne | Kessler, Janice | 13-cv-985 | 1/19/2005 |
| Kirchner, Beverly | Kirchner, Beverly | 12-cv-5388 | Unknown |
| Kirtley, Mildred | Kirtley, Mildred | 12-cv-6349 | Unknown |
| Kitowski, Charlene | Kitowski, Charlene | 13-cv-2704 | 11/17/2009 |
| Kleid, Adele | Kleid, Adele | 12-cv-1064 | 12/27/2010 |
| Knecht, Rose | Knecht, Rose | 13-cv-39 | 11/2010 |
| Koski, Solita | Koski, Solita | 12-cv-6184 | 5/1/2011 |
| Kozla, Marianne | Kozla, Marianne | 12-cv-6162 | Unknown |
| Kozlov, Simone A. | Kozlov, Simone | 12-cv-1406 | 3/18/2011 |
| Krapek, Lynn Ann | Krapek, Lynn Ann | 13-cv-20 | 12/14/2010 |
| Krebs, Regina | Krebs, Regina | 13-cv-6406 | 3/1/2007 |
| Krupka, Marianne B. | Krupka, Marianne | 13-cv-1411 | 5/15/2011 |
| LaFave, Darlene | La Fave, Darlene | 13-cv-2287 | 4/16/2010 |
| Lambert, Mary | Lambert, Mary | 13-cv-851 | Unknown |
| Lamirande, Louella | Lamirande, Louella | 10-cv-6049 | 5/29/2009; 12/2010 |
| Landis, Jacqueline | Landis, Jacqueline | 13-cv-1241 | 5/14/2005 |
| Lange, Vera | Lange, Susan (PR-Vera Lange Estate) | 12-cv-966 | Unknown |
| Lapan, Evelyn | Lapan, Evelyn | 11-cv-3912 | 12/20/2010 |
| Lapham, Joan | Lapham, Joan | 13-cv-1869 | 3/27/2010 |
| Latini, Barbara | Latini, Barbara | 13-cv-5299 | 7/25/2011 |
| Lavache, Bernice | Lavache, Bernice | 12-cv-1716 | 5/26/2011 |
| Law, Raymonda | Law, Raymonda | 12-cv-6297 | Unknown |
| LeBlanc, Margaret Ann | LeBlanc, Margaret Ann | 12-cv-1280 | 11/23/2011 |
| Lee, Chien F. | Lee, Chien F. | 12-cv-6586 | Unknown |
| Lee, Chontella | Lee, Chontella | 13-cv-40 | 10/2006 |
| Lees, Betty J. | Lees, Betty | 12-cv-4451 | 5/18/2011 |
| Leeson-Pike, Elizabeth | Leeson-Pike, Elizabeth | 14-cv-3365 | Unknown |
| LeMasters, Terri M. | LeMasters, Terri | 12-cv-7542 | 12/10/2010 |
| Levi, Eva | Levi, Eva | 13-cv-122 | 1/7/2010; 2/14/2011 |

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Liban, Inge | Liban, Inge | 12-cv-7423 | Unknown |
| Liddle, David A. | Liddle, David | 13-cv-1514 | 7/15/2012 |
| Lindsey, Yasuko | Lindsey, Yasuko | 13-cv-2703 | 2/16/2010; 2/17/2013 |
| Lipscomb, Joan | Lipscomb, Joan | 13-cv-121 | 1/7/2011 |
| Liston, Mary | Liston, Mary | 13-cv-749 | 3/21/2012 |
| Logan, Joyce | Logan, Joyce | 12-cv-5553 | 3/31/2011; 11/2011 |
| Logsdon, Adele | Logsdon, Adele | 12-cv-5386 | 5/4/2009; 8/11/2009 |
| Lowe, Georgetta | Lowe, Georgetta | 12-cv-6190 | 1/16/2012 |
| Rensing, Christine | Lowry, Marion (PR-Christine Rensing Estate) | 12-cv-7421 | 4/2/2004 |
| Lucas, Joanne | Lucas, Joanne | 13-cv-1219 | Unknown |
| Luck, Mary | Luck, Mary | 12-cv-7419 | Unknown |
| Lynn, Peggy | Lynn, Peggy | 12-cv-7424 | Unknown |
| Machino, Linda B. | Machino, Linda | 13-cv-498 | 2/24/2009 |
| Mack, Carolyn | Mack, Carolyn | 12-cv-6303 | Unknown |
| Maher, Frances | Maher, Frances | 13-cv-7622 | Unknown |
| Malcolm, Nancy Waller | Malcolm, Nancy Waller | 12-cv-7877 | 6/16/2011 |
| Marasco, Joan P. | Marasco, Joan P. | 14-cv-2624 | 11/25/2011 |
| Marcy, Ellen | Marcy, Ellen | 11-cv-6922 | 12/1/2010 |
| Marra, Carol A. | Marra, Carol A. | 14-cv-4555 | 4/26/2013 |
| Martin, Bobbie | Martin, Bobbie | 12-cv-6189 | 11/12/2010 |
| Martin, Nancy | Martin, Nancy | 14-cv-4326 | 2/3/2013 |
| Massengale, Mary | Massengale, Mary | 12-cv-1062 | 11/1/2010; 12/14/2010 |
| Matthews, Mary | Matthews, Mary | 13-cv-4211 | 11/26/2010 |
| Matzenbacher, Norma | Matzenbacher, Norma | 12-cv-1565 | 5/31/1998 |
| Maurice, Elisabeth Vail | Maurice, Elisabeth Vail | 12-cv-6947 | 11/8/2009 |
| Maurstad, Karen | Maurstad, Karen | 12-cv-7645 | 12/15/2010 |
| Mays, Imogene | Mays, Imogene | 12-cv-6408 | Unknown |
| Mazariegos, Maria Enedelia | Mazariegos, Maria | 13-cv-7186 | 11/26/2011 |
| McCall, Doreen | McCall, Doreen | 13-cv-1351 | 5/16/2008; 11/9/2011 |
| McCoy, Elizabeth | McCoy, Elizabeth | 13-cv-1886 | 3/27/2011; 5/12/2010 |
| McGarvey, Sheila | McGarvey, Sheila | 13-cv-1866 | 9/26/2008 |
| McGeorge, Donna J. | McGeorge, Donna | 12-cv-5343 | 6/2002; 2/1/2010 |
| McGowan, Christine | McGowan, Christine | 12-cv-5105 | 8/14/2011 |
| McGuire, Doris | McGuire, Doris | 13-cv-170 | 5/10/2006 |
| McInnis, Michaela Shea | McInnis, Michaela Shea | 12-cv-1409 | 3/17/2010 |
| McIntyre, Claude | McIntyre, Claude | 13-cv-543 | 12/19/2003 |
| McMillan, Earline | McMillan, Earline | 12-cv-6065 | 9/17/2010 |
| McMillan, Glenda | McMillan, Glenda | 12-cv-6295 | Unknown |

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| McNinch, Patricia E. | McNinch, Robert (PR-Patricia McNinch Estate) | 13-cv-1717 | 1/12/2012 |
| Meiner, Gerald | Meiner, Gerald | 13-cv-177 | 12/2007; 1/21/2011 |
| Mejia, Teresita | Mejia, Teresita | 12-cv-2001 | 3/7/2010 |
| Meltzer, Yvette | Meltzer, Yvette | 13-cv-1243 | 9/30/2008; 10/2/2009 |
| Melvin, Carmela | Melvin, Carmela | 12-cv-6160 | 5/31/2010; 12/6/2010 |
| Mercer, Ruby | Mercer, Ruby | 12-cv-6425 | 2/6/2012 |
| Metz, Theresa | Metz, Theresa | 11-cv-1286 | 9/5/2009; 9/1/2011 |
| Mieczkowski, Alice | Mieczkowski, Alice | 13-cv-2705 | Unknown |
| Miles, Ollie M. | Miles, Ollie | 12-cv-5368 | 8/25/2011 |
| Millar, Orah | Millar, Orah | 12-cv-7124 | Unknown |
| Smith, Marguerite | Mills, Cheryl (PR-Marguerite Smith Estate) | 13-cv-1339 | 3/4/2010 |
| Min, Pyohngsook | Min, Pyohngsook | 13-cv-1521 | 11/27/2011; 9/16/2012 |
| Mish, Dianna | Mish, Dianna | 14-cv-1222 | Unknown |
| Mitsutomi, Jean | Mitsutomi, Jean | 12-cv-5331 | 5/22/2011; 6/21/2012 |
| Modrow, Shirley | Modrow, Shirley | 12-cv-6293 | 10/5/2011; 11/8/2011 |
| Monahan, Virginia | Monahan, Virginia | 12-cv-6943 | Unknown |
| Montana, Michael | Montana, Michael | 13-cv-2209 | Unknown |
| Moosally, Beatrice | Moosally, Beatrice | 12-cv-6159 | Unknown |
| Mora, Maria | Mora, Maria | 12-cv-5965 | Unknown |
| Morgan, Lila | Morgan, Lila | 12-cv-6185 | 9/23/2010 |
| Morissette, Carol | Morissette, Carol | 12-cv-7258 | 11/24/2009; 3/1/2010 |
| Mosner, Florence | Mosner, Florence | 13-cv-1299 | Unknown |
| Moszczynski, Vera | Moszczynski, Vera | 13-cv-7093 | 10/11/2013 |
| Moyers, Margaret S. | Moyers, Margaret | 11-cv-7612 | Unknown |
| Murphy, Elaine L. | Murphy, Elaine | 12-cv-376 | Unknown |
| Murphy, Theresa | Murphy, Theresa | 13-cv-2622 | Unknown |
| Mymit, Florence | Mymit, Florence | 13-cv-1421 | 4/19/2013 |
| Naccio, Josephine P. | Naccio, Josephine | 11-cv-4055 | 3/20/2004 |
| Nakamura, Reiko | Nakamura, Reiko | 11-cv-5297 | 11/2/2010 |
| Nance, Mardi | Nance, Mardi | 13-cv-1489 | 5/11/2012 |
| Narr, Colleen | Narr, Colleen | 12-cv-7425 | 1/7/2011; 11/17/2011 |
| Nelson, Ethelinda | Nelson, Ethelinda | 11-cv-3367 | 10/23/2010; 11/7/2011 |
| Nelson, Gilda | Nelson, Gilda | 11-cv-6695 | 11/12/2010 |
| Nelson, Marie S. | Nelson, Marie | 13-cv-2092 | 9/19/2012 |
| Nichols, Lois | Nichols, Lois | 12-cv-6294 | Unknown |
| Niver, Clara | Niver, Clara | 12-cv-3327 | 3/2/2003 |
| Noel, Jill | Noel, Jill | 13-cv-745 | 5/8/2011 |
| Nora, Belen D. | Nora, Belen | 12-cv-1382 | 2/18/2008; 12/14/2010 |
| O'Brien, Delores Marie | O'Brien, Delores Marie | 13-cv-1197 | 6/17/2010 |

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Burlage, Fred | O'Dell, Shirley (PR-Fred Burlage Estate) | 13-cv-1706 | Unknown |
| O'Donnell, Michele | O'Donnell, Michele | 12-cv-6158 | Unknown |
| Olson, Corinne | Olson, Corinne | 12-cv-6157 | 8/17/2007 |
| O'Neal, Linda | O'Neal, Linda | 12-cv-6302 | Unknown |
| Orent, Stephanie Jane | Orent, Stephanie | 12-cv-4540 | 10/27/2007 |
| Orr, Sophie V. | Orr, Sophie | 12-cv-1110 | 5/21/2011 |
| Osburn, Kathryn | Osburn, Kathryn | 13-cv-1470 | 3/18/2007 |
| Ostrowsky, Helena | Ostrowsky, Lynne (PR-Helena Ostrowsky Estate) | 13-cv-694 | Unknown |
| Oveson, Carolyn | Oveson, Carolyn | 12-cv-6898 | 3/9/2011 |
| Owens, Janene Kay | Owens, Janene | 12-cv-5101 | 10/11/2010 |
| Pace, Phyllis | Pace, Phyllis | 12-cv-7414 | Unknown |
| Pannone, Anthony | Pannone, Anthony | 13-cv-699 | Unknown |
| Pardue, Ellis | Pardue, Ellis | 13-cv-1659 | 7/11/2008 |
| Parker, William | Parker, William | 12-cv-6963 | Unknown |
| Parr, Loyce Marlene | Parr, Loyce Marlene | 13-cv-1362 | 10/10/2008 |
| Patterson, Carole | Patterson, Carole | 12-cv-6953 | 9/7/2011 |
| Paulson, Jo Ann | Paulson, Jo Ann | 14-cv-1815 | 7/13/2010; 1/11/2011 |
| Perkins, Yolanda | Perkins, Yolanda | 12-cv-6186 | 3/20/2011 |
| Perlow, Liba | Perlow, Liba | 12-cv-6520 | 10/19/2009 |
| Phillips, Linda | Phillips, Linda | 13-cv-1658 | 3/19/2010 |
| Phillips, Majorie | Phillips, Majorie | 12-cv-6958 | 12/10/2009 |
| Pickering, Linda | Pickering, Linda | 12-cv-7111 | 11/13/2010 |
| Pidluski, Olga | Pidluski, Olga | 12-cv-6188 | 3/3/2011 |
| Yelgin, Rita | Pittman, Esther Hamilton (PR-Rita Yelgin Estate) | 13-cv-522 | 1/17/2010 |
| Pitts, Jamie | Pitts, Jamie | 12-cv-5556 | 6/11/2010; 11/11/2010 |
| Piwinski, Dianne | Piwinski, Dianne | 12-cv-6654 | 7/3/2009; 10/23/2009 |
| Plato, Ruth R. | Plato, Ruth | 12-cv-1051 | 5/20/2011 |
| Powers, Emily Earle | Powers, Emily | 13-cv-1323 | 2/13/2009 |
| Powers, Kaaren | Powers, Kaaren | 13-cv-1245 | 2/26/2007; 7/26/2009; 3/13/2011 |
| Prelle, Juanda Dorcas | Prelle, Juanda Dorcas | 12-cv-6831 | 11/1/2009 |
| Presnall, Annie Sue | Presnall, Annie Sue | 13-cv-2705 | 6/10/2012 |
| Prinzel, Shirley | Prinzel, Shirley | 13-cv-2471 | 8/13/2007; 4/17/2011 |
| Prout, Dorothy | Prout, Dorothy | 13-cv-1728 | 1/24/2008 |
| Psyck, Carolyn | Psyck, Carolyn | 12-cv-7684 | 4/2009 |
| Putman, Betty | Putman, Betty | 12-cv-5969 | 9/19/2010 |
| Quinlan, Barbara J. | Quinlan, Barbara | 12-cv-5332 | 10/31/2010; 11/21/2011 |
| Quinn, Nancy Mae | Quinn, Nancy Mae | 13-cv-1518 | 6/16/2012 |

APPENDIX 1

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Quirk, William | Quirk, William | 14-cv-1823 | Unknown |
| Raczka, Nancy | Raczka, Nancy | 13-cv-1588 | 3/11/2010 |
| Rahn, Susan K. | Rahn, Susan | 12-cv-7896 | 8/11/2009 |
| Rakestraw, Mae Marie | Rakestraw, Mae Marie | 12-cv-7408 | 4/1/2012 |
| Rampell, Arlene A. | Rampell, Arlene | 13-cv-1194 | 2/26/2009; 1/12/2011 |
| Rasmusen, Martha | Rasmusen, Martha | 14-cv-2148 | 12/23/2010 |
| Ray, Susan | Ray, Susan | 12-cv-7721 | 12/12/2011 |
| Reed, Patricia | Reed, Patricia | 13-cv-736 | 2/5/2011 |
| Rees, Martha E. | Rees, Martha | 13-cv-1526 | 7/12/2012 |
| Rempson, Andre D. | Rempson, Andre | 13-cv-1515 | 4/10/2009 |
| Retsel, Mary Jean | Retsel, Mary Jean | 13-cv-1322 | 10/25/2007 |
| Rhodes, Ardeth | Rhodes, Ardeth | 12-cv-5663 | 9/14/2010; 11/30/2010 |
| Estes, Bobbie Jean Wood | Richmond, Nancy M. | 12-cv-946 | 2/2/2011 |
| Richmond, Nancy M. | Richmond, Nancy M. | 12-cv-946 | 5/26/2011 |
| Riley, Carol A. | Riley, Carol | 13-cv-1477 | 3/16/2012 |
| Ripley, Vivian B. | Ripley, Vivian | 12-cv-1012 | 12/28/2010 |
| Rivers, Patricia | Rivers, Roland (PR-Patricia Rivers Estate) | 12-cv-6156 | 10/2009 |
| Roberts, Sandra | Roberts, Sandra | 12-cv-7286 | 11/26/2010 |
| Rogers, Eugenia | Rogers, Eugenia | 13-cv-3274 | 5/9/2011; 10/4/2012 |
| Morgan, Christine | Rose, Casey (PR-Christine Morgan Estate) | 11-cv-7186 | 4/30/2011 |
| Russell, Diana | Russell, Diana | 12-cv-4266 | 11/28/2010 |
| Rutman, Jane E. | Rutman, Jane | 13-cv-4210 | 9/2010; 10/2010 |
| Rydell, Sandra | Rydell, Sandra | 13-cv-32 | 6/26/2007 |
| Ryder, Eleanor | Ryder, Eleanor | 12-cv-7375 | 11/30/2009; 4/2010 |
| Rykard, Marilyn | Rykard, Marilyn | 12-cv-7415 | Unknown |
| Sadowski, Patricia A. | Sadowski, Patricia | 12-cv-1113 | 3/12/2010 |
| Salazar, Leonor | Salazar, Leonor | 13-cv-747 | 5/2012 |
| Sallimo, Mary | Sallimo, Mary | 13-cv-357 | 11/2011 |
| Salmons, Carmen | Salmons, Carmen | 13-cv-5692 | Unknown |
| Salvatore, Sheila | Salvatore, Sheila | 11-cv-3169 | 8/7/2010; 1/11/2011 |
| Samuelson, Yvonne | Samuelson, Yvonne | 13-cv-695 | Unknown |
| Sanchez, Martha L. | Sanchez, Martha | 12-cv-1109 | Unknown |
| Schmitz, Richard | Schmitz, Richard | 12-cv-3506 | 6/9/2010 |
| Schwartz, Marilyn | Schwartz, Marilyn | 13-cv-1155 | 8/1/2011 |
| Schwartz, Mary M. | Schwartz, Mary | 13-cv-812 | 5/22/2009 |
| Sellin, Joan | Sellin, Joan | 13-cv-5261 | 2/19/2011 |
| Seuga, Terima | Seuga, Terima | 12-cv-5333 | 11/14/2010 |
| Shackelford, Margaret | Shackelford, Margaret | 11-cv-7106 | 12/9/2010 |
| Shaffer, Marilyn D. | Shaffer, Marilyn | 13-cv-1511 | 8/19/2011 |

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Sherry, Mary Ann | Sherry, Mary Ann | 13-cv-1499 | 3/18/2012 |
| Sherwood, Myrna | Sherwood, Myrna | 13-cv-1246 | 8/9/2007 |
| Shevel, Faye Elizabeth | Shevel, Faye Elizabeth | 13-cv-4643 | 7/8/2011 |
| Shulkin, Audrey | Shulkin, Audrey | 12-cv-5554 | 7/17/2011 |
| Shull, Mary Anne | Shull, Mary Anne | 12-cv-5473 | 3/20/2011 |
| Sigro, Betty J. | Sigro, Betty | 12-cv-6272 | 7/8/2000; 1/24/2006; 1/28/2008; 9/4/2008 |
| Simic, Ann | Simic, Ann | 13-cv-2211 | 4/6/2011; 10/20/2013 |
| Sleep, Barbara | Sleep, Barbara | 12-cv-5349 | Unknown |
| Smith, Elizabeth | Smith, Elizabeth | 13-cv-2097 | 6/5/2008 |
| Snow, Mary | Snow, Mary | 13-cv-2109 | 4/10/2011 |
| Snyder, Janice L. | Snyder, Janice | 13-cv-6184 | 2/2/2012 |
| Snyder, Lorraine F. | Snyder, Lorraine | 13-cv-262 | 4/26/2012 |
| Sohn, Sam | Sohn, Sam | 13-cv-50 | 11/14/2008 |
| Soria, Barbara | Soria, Barbara | 13-cv-7824 | 12/24/2011 |
| Southard, Charles | Southard, Charles | 13-cv-1325 | 1/17/2008 |
| Southard, Marjorie | Southard, Charles (PR-Marjorie Southard Estate) | 13-cv-1428 | 1/21/2002 |
| Southerland, Kathryn | Southerland, Kathryn | 12-cv-6657 | Unknown |
| Spitler, Elizabeth | Spitler, Elizabeth | 12-cv-4189 | 10/7/2011 |
| Sprangler, Katherine | Sprangler, Katherine | 12-cv-6562 | 9/2/2010 |
| Stanley, Betty | Stanley, Betty | 12-cv-3052 | 1/3/2012 |
| Stanton, Rosemary | Stanton, Rosemary | 13-cv-1247 | 8/28/2007 |
| Starchman, Ruby L. | Starchman, Ruby | 12-cv-225 | Unknown |
| Stark, Tavie G. | Stark, Tavie | 13-cv-1517 | 9/6/2012 |
| Stecher, Donald | Stecher, Donald | 13-cv-1248 | 12/11/2007 |
| Steen, Barbara | Steen, Barbara | 12-cv-3429 | 7/5/2010; 10/16/2010 |
| Steves, Susan | Steves, Susan | 12-cv-1275 | 3/25/2008; 7/16/2011 |
| Stewart, Kathleen | Stewart, Kathleen | 12-cv-6296 | 8/31/2009; 1/11/2010 |
| Stiles, Brenda M. | Stiles, Brenda | 12-cv-5640 | 8/19/2011 |
| Stolt, Vera Mae | Stolt, Vera Mae | 13-cv-6045 | 7/6/2011 |
| Stone, Gladys | Stone, Gladys | 12-cv-6066 | Unknown |
| Stubler, Madeline C. | Stubler, Madeline | 13-cv-1718 | 12/11/2011 |
| Stuive, Madeline | Stuive, Madeline | 12-cv-1548 | 12/17/2007 |
| Sutherland, Evelyn | Sutherland, Evelyn | 12-cv-2328 | 4/17/2012 |
| Swasey, Martha Y. | Swasey, Martha | 13-cv-593 | 1/10/2011; 9/13/2012 |
| Sylvester, Sandra | Sylvester, Sandra | 13-cv-1660 | 3/16/2010 |
| Tardugno, Phyllis | Tardugno, Phyllis | 12-cv-82 | 1/9/2008 |
| Taylor, Linda | Taylor, Linda | 12-cv-6364 | 2/15/2011 |
| Templeton, Mary F. | Templeton, Mary | 12-cv-1071 | 3/9/2011 |
| Terry, Linda J. | Terry, Linda | 12-cv-5485 | 5/2/2008 |

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Then, Bonnie L. | Then, Bonnie | 12-cv-6287 | 3/25/2012 |
| Thompson, Claire | Thompson, Claire | 13-cv-2564 | 4/21/2010 |
| Tidwell, Bryce Langston | Tidwell, Bryce Langston | 13-cv-4447 | 7/2/2011; 6/15/2012 |
| Torp, Mary Ann | Torp, Mary Ann | 12-cv-7426 | Unknown |
| Torregrossa, Ann M. | Torregrossa, Ann | 11-cv-6874 | Unknown |
| Townsend, Thomas | Townsend, Thomas | 12-cv-6942 | 10/31/2010 |
| Tran, Yen | Tran, Yen | 12-cv-4757 | 12/4/2011 |
| Turbes, Gerald | Turbes, Gerald | 14-cv-1814 | 4/18/2012 |
| Turski, Thressa | Turski, Thressa | 14-cv-4559 | 7/11/2013 |
| Ulstein, Lucila | Ulstein, Lucila | 14-cv-1223 | Unknown |
| Upton, Margaret | Upton, Margaret | 12-cv-6878 | 11/14/2010 |
| Valdez, Beatrice | Valdez, Beatrice | 13-cv-1662 | 2/6/2010 |
| Van Poucke, Shirley H. | Van Poucke, Shirley | 13-cv-272 | 8/10/2011; 5/27/2012 |
| Vanark, Elizabeth | Vanark, Elizabeth | 13-cv-3887 | 6/29/2010 |
| Vanghel, Debra A. | Vanghel, Debra | 13-1-cv-5264 | 2011 |
| Vannoy, Doris A. | Vannoy, Doris | 12-cv-1072 | 8/9/2011 |
| Villadiego, Maria | Villadiego, Maria | 12-cv-5833 | 9/16/2010; 11/17/2011 |
| Vithespongse, Saichol | Vithsepongse, Saichol | 13-cv-33 | 11/5/2002; 1/19/2008 |
| Vocci, Nancy | Vocci, Nancy | 12-cv-3790 | 8/16/2011; 12/2/2011 |
| Voss, Margieann | Voss, Margieann | 13-cv-6010 | 10/11/2011 |
| Vuich, Nancy Jean | Vuich, Nancy Jean | 12-cv-1388 | Unknown |
| Wade, Kay J. | Wade, Kay | 12-cv-1018 | Unknown |
| Walker, Joanne | Walker, Joanne | 13-cv-4986 | 7/20/2008 |
| Walker, Lucy Virginia | Walker, Lucy Virginia | 13-cv-2227 | 4/19/2011 |
| Wallheimer, Sharon | Wallheimer, Sharon | 13-cv-6563 | 10/31/2011 |
| Wanish, Dorothy | Wanish, Dorothy | 13-cv-1593 | 9/2007 |
| Warner, Sharon | Warner, Sharon | 11-cv-4955 | 2/18/2011 |
| Webb, Alberta A. | Webb, Alberta | 14-cv-4557 | 10/11/2013 |
| Weber, Jane | Weber, Jane | 12-cv-7257 | Unknown |
| Webster, Dorothy Jane | Webster, Dorothy | 14-cv-1916 | 6/2/2012 |
| Weinmann, Shirley | Weinmann, Shirley | 13-cv-34 | 1/19/2009 |
| Welty, Johanna | Welty, Johanna | 12-cv-6879 | 2/7/2007 |
| White, Claudia | White, Claudia | 14-CV-02717 | 4/30/2011 |
| White, Mary Belle | White, Mary Belle | 11-cv-6478 | 10/12/2010; 4/19/2010 |
| White, Sammy | White, Sammy | 13-cv-1296 | Unknown |
| White, Wendy S. | White, Wendy | 13-cv-1041 | 8/20/2013 |
| Whiteside, Elizabeth | Whiteside, Elizabeth | 12-cv-4609 | 9/19/2009; 12/2011 |
| Wicher, Helen | Wicher, Deborahanne (PR for Estate of Wicher, Helen) | 12-cv-964 | 7/14/2011 |
| Wichmann, Elfi | Wichmann, Elfi | 12-cv-5382 | Unknown |

**APPENDIX 1**

| Plaintiff Name | Case Name | Case No. | Alleged Date of Injury |
|---|---|---|---|
| Wile, Lucille | Wile, Lucille | 13-cv-7880 | 2/6/2011 |
| Wilke, Beverly | Wilke, Beverly | 13-cv-925 | 1/27/2012 |
| Williams, Carleen | Williams, Carleen | 12-cv-5561 | 12/8/2010; 2/24/2011 |
| Williams, Jerrie | Williams, Jerrie | 11-cv-6244 | 10/23/2010 |
| Williams, Marjorie | Williams, Marjorie | 13-cv-2098 | 1/14/2011 |
| Morey, Stella | Williamson-Robinette, Tammy (PR-Stella Morey Estate) | 13-cv-5979 | 12/23/2007 |
| Willstatter, Gertrude | Willstatter, Gertrude | 13-cv-7743 | 12/21/2010 |
| Wilson, Emily | Wilson, Emily | 13-cv-1872 | 11/27/2010 |
| Witkin, Millicent | Witkin, Millicent | 12-cv-1142 | 1/19/2011 |
| Woodson, January Fern | Woodson, January Fern | 13-cv-1883 | Unknown |
| Young, Barbara | Young, Barbara | 12-cv-4089 | 10/5/2010 |
| Young, Terry | Young, Terry | 13-cv-3464 | 7/23/2011 |
| Yu, Nancy | Yu, Nancy | 12-cv-2623 | Unknown |
| Zellers, Virginia L. | Zellers, Virginia | 13-cv-7042 | 12/24/2011; 2/1/2013 |
| Zick, Zelma | Zick, Terry (PR-Zelma Zick estate) | 14-cv-1335 | Unknown |
| Ziegenfus, Gwendolyn | Ziegenfus, Gwendolyn | 12-cv-5834 | 11/29/2010 |
| Zorn, Norma | Zorn, Norma | 12-cv-6233 | 5/8/2012 |