# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | _____ | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | |

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

December 8, 2014

**Via ECF**
Hon. Joel A. Pisano
United States District Judge
Clarkson S. Fisher Bldg.
& U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    *In re: Fosamax (Alendronate Sodium) Products Liability Litigation*
              Master Docket 3:08-08 (JAP)(LHG)

Dear Judge Pisano:

      This firm, together with Seeger Weiss LLP, is Co-Liaison Counsel for the Plaintiffs in the above referenced matter. We write in connection with the Court's Order to Show Cause entered on November 5, 2014. Docket Entry 3927. We wish to respectfully clarify a misconception currently held by the Court that was incorporated into the Court's Order to Show Cause. The Plaintiffs' Steering Committee has not taken a position regarding the adequacy (or inadequacy) of the January 2011 Fosamax label because to our knowledge all plaintiffs began using Fosamax before that label went into effect. As stated in our previous submissions to the Court, the Plaintiffs' Steering Committee is unaware of any plaintiff who claims that the January 2011 label was a proximate cause of her/his alleged injury. Accordingly, the adequacy of the January 2011 label has not been placed at issue because it was not a proximate cause of any plaintiff's injury.

      Thank you for your continued attention to this matter.

                              Respectfully submitted,
                              CARELLA, BYRNE, CECCHI,
                        OLSTEIN, BRODY & AGNELLO

                                  /s/ James E. Cecchi

                                  JAMES E. CECCHI

cc:     Hon. Lois H. Goodman, U.S.M.J. (via ECF)
         All Counsel of Record (via ECF)