NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| | : | |
| **IN RE: FOSAMAX** | : | |
| **(ALENDRONATE SODIUM):** | : | **MDL No. 2243** |
| **PRODUCTS LIABILITY** | : | Civil Action No. 08-cv-08 (JAP) |
| **LITIGATION** | : | |
| | : | **ORDER** |
| **THIS DOCUMENT APPLIES TO:** | : | |
| *Linda Disosway, 12-cv-3730* | : | |
| _____ | : | |

Presently before the Court are two pending motions for reconsideration of a request by Plaintiff, Linda Disosway ("Plaintiff") to have her case reopened with respect to the Boniva Defendants [docket #13 in 12-cv-3730; docket #3849 in 08-cv-08]. On October 21, 2014, Plaintiff voluntarily dismissed the Boniva Defendants from this action [docket #15 in 12-cv-3730]. Accordingly,

**IT IS** on this 16th day of December, 2014,

**ORDERED** that Plaintiff's pending motions [docket #13 in 12-cv-3730; docket #3849 in 08-cv-08] are DENIED, without prejudice, as they are now moot.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge