

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Karen A. Confoy
Direct Dial: (609) 844-3033
Email Address: kconfoy@foxrothschild.com

January 14, 2015

**VIA ECF**
The Honorable Joel A. Pisano, U.S.D.J.
United States District Court
Court House and Post Office Building
402 East State Street
Trenton, New Jersey 08608

Re:   **In re: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II)
       Civil Action No. 08cv08 (JAP)(LHG) (MDL 2243)**

Dear Judge Pisano:

This firm represents Merck Sharp & Dohme Corp., ("Defendant") in the above-captioned matter. This letter is to confirm that Stephen Marshall, Esquire, has received the Court's notice that a status conference has been scheduled for January 21, 2015, and that Mr. Marshall is available to attend the conference on behalf of Merck.

Respectfully submitted,

Karen A. Confoy

cc:   Plaintiffs' Liaison Counsel