# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW
_____

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | _____ | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

January 14, 2015

**Via ECF**
Hon. Joel A. Pisano
United States District Judge
Clarkson S. Fisher Bldg.
& U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

       Re:    *In re: Fosamax (Alendronate Sodium) Products Liability Litigation*
               Master Docket 3:08-08 (JAP)(LHG)

Dear Judge Pisano:

       This firm, together with Seeger Weiss LLP, is Co-Liaison Counsel for the Plaintiffs in the above referenced matter.  We write in connection with the Court's notice setting an in-person status conference on January 21, 2015 at 11:00.  At least one of the three representatives for Plaintiffs identified in the Court's notice has a conflict on January 21.  We will confer with Mr. Marshall to identify alternative dates during January, and will provide those date(s) to the Court promptly.

       We look forward to meeting with Your Honor soon and appreciate Your Honor's continued attention to this matter.

                             Respectfully submitted,

                             CARELLA, BYRNE, CECCHI,
                             OLSTEIN, BRODY & AGNELLO

                             /s/ James E. Cecchi

                             JAMES E. CECCHI

cc:     Hon. Lois H. Goodman, U.S.M.J. (via ECF)
           All Counsel of Record (via ECF)