NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHERRY M. WALKER, | |
| Plaintiff, | Civil Action No. 08-cv-08 (JAP) |
|  | *Individual Docket No*. 12-cv-943 |
| v. | |
|  | **ORDER** |
| MERCK SHARP & DOHME, et al. | |
| Defendants. | |

Presently before the Court is Plaintiff, Sherry M. Walker's ("Plaintiff") motion for entry of final judgment under Rule 54(b) [docket #70 in 12-943]. On November 19, 2014, Plaintiff stipulated to voluntarily dismiss Defendant's Roche-Laboratories, Inc. and Hoffmann-La Roche, Inc. [docket #75 in 12-943]; however, Defendants Warner-Chilcott Pharmaceuticals, Inc. and Novartis Pharmaceuticals still remain pending in this action.

On September 10, 2014, this Court entered an Order directing Plaintiffs, through their liaison counsel, to show cause why all claims against Defendants other than Merck that have been transferred to this MDL should not be severed and remanded to the districts in which they originated [docket #3896 in 08-08]. On December 3, 2014, the non-Merck Defendant's filed a response [docket #3940 in 08-08], which is currently pending before this Court.[1]

IT APPEARING TO THE COURT THAT, a decision on the Order to Show Cause may render Plaintiff's motion moot; and

---
[1] Plaintiffs' did not file a response to this Order.

IT APPEARING TO THE COURT THAT, Plaintiff may be in the process of settling the claims against the non-Merck Defendants,

**IT IS** on this 16th day of January, 2015,

**ORDERED** that Plaintiff's motion for entry of final judgment under Rule 54(b) [docket #70 in 12-943] is administratively terminated pending the outcome of the Order to Show Cause; and it is further

**ORDERED** that, to the extent Plaintiff's motion is not rendered moot by the Order to Show Cause or a voluntary dismissal, Plaintiff may renew its motion by filing only a notice of motion referring the Court to the existing papers on the docket; and it is further

**ORDERED** that, Plaintiff shall have fourteen (14) days from the entry of a decision by this Court on the Order to Show Cause to renew its motion.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge