**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

RECEIVED

JAN 2 1 2015

AT 8:30_____M
WILLIAM T WALSH CLERK

IN RE: FOSAMAX (ALENDRONATE
SODIUM): PRODUCTS LIABILITY
LITIGATION (NO. II)

THIS DOCUMENT RELATES TO:

*Yvonne Theresa Sheehan v.*
*Merck Sharp & Dohme Corp., et al.*

Civil Action No.  12-CV-1817

MDL No. 2243
Civil Action No. 08-08 (JAP)(LHG)

---

## [PROPOSED] RULE 54(b) FINAL JUDGMENT AND CERTIFICATION

On this 21 day of  Jan  , 2014 it is hereby **ORDERED** that, pursuant to

Federal Rule of Civil Procedure 54(b), final judgment with respect to all claims is hereby

**ENTERED** in favor of Defendant Merck Sharp & Dohme Corp.,[1] and against Plaintiff.

The Court certifies that this final judgment is entered upon the express determination that

there is no just reason for delay, and that entry of this final judgment under the circumstances of

this case is in the interest of all parties and will expedite resolution of the case in its entirety.

**IT IS SO ORDERED.**

_____
Hon. Joel A. Pisano, U.S.D.J.

---

[1] The MDL docket lists five (5) separate Merck Defendants.  In addition to "Merck Sharp & Dohme Corp.",
Defendant was pled in various complaints as: "Merck & Co., Inc."; "Merck Sharpe & Dohme, Corp."; "Merck
Sharp & Dohme, Corp."; and "Merck Sharp & Dohme."  For clarity, this Court Order applies to all Merck entities,
regardless of how they were pled.

ACTIVE 26330729