IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JAN 2 1 2015
AT 8:30_____M
WILLIAM T. WALSH CLERK

IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION (NO. II)

THIS DOCUMENT RELATES TO:

*Martha Haslam and William L. Haslam v. Merck Sharp & Dohme Corp., et al.*

Civil Action No. 12-CV-5018

MDL No. 2243
Civil Action No. 08-08 (JAP)(LHG)

[~~PROPOSED~~] RULE 54(b) FINAL JUDGMENT AND CERTIFICATION

On this 21 day of Jan, 2015, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 54(b), final judgment with respect to all claims is hereby **ENTERED** in favor of Defendant Merck Sharp & Dohme Corp.,[1] and against Plaintiffs.

The Court certifies that this final judgment is entered upon the express determination that there is no just reason for delay, and that entry of this final judgment under the circumstances of this case is in the interest of all parties and will expedite resolution of the case in its entirety.

**IT IS SO ORDERED.**

_____
Hon. Joel A. Pisano, U.S.D.J.

---

[1] The MDL docket lists five (5) separate Merck Defendants. In addition to "Merck Sharp & Dohme Corp.", Defendant was pled in various complaints as: "Merck & Co., Inc."; "Merck Sharpe & Dohme, Corp."; "Merck Sharp & Dohme, Corp."; and "Merck Sharp & Dohme." For clarity, this Court Order applies to all Merck entities, regardless of how they were pled.

ACTIVE 26330938