# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| **IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITYLITIGATION** | MDL No. 2243 <br> Civil Action No. 08-08-FLW-LHG |
| **THIS DOCUMENT RELATES TO:** <br><br> Carolyn Mack, et al. v. Merck Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.), Case No. 12-cv-06303-FLW-LHG | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

═══════════════════════════════════════════

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action, as agreed by the parties.

| | |
|---|---|
| /s/ Peter Samberg | /s/ Karen A. Confoy |
| PETER SAMBERG | KAREN A. CONFOY |
| WEITZ & LUXENBERG, P.C. | FOX ROTHSCHILD, LLP |
| 220 Lake Drive East, Suit 210 | Princeton Pike Corporate Center |
| Cherry Hill, NJ 08002 | 997 Lenox Drive Building 3 |
| PH: 856-755-1115 | Lawrenceville, NJ 08648 |
| psamberg@weitzlux.com | PH: 609-896-3600 |
| | kconfoy@foxrothschild.com |
| Attorney for Plaintiffs, Carolyn Mack and Charles Mack | Attorneys for Defendants Merck Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.) |
| Dated: August 4,  2017 | Dated: August 4,  2017 |

**SO ORDERED this 21st day of August, 2017:**

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.