**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Karen A. Confoy, Esq.
997 Lenox Drive
Lawrenceville, NJ 08648
Telephone: (609) 896-3600
*Attorneys for Defendant Merck Sharp &*
*Dohme Corp. (formerly known as Merck & Co., Inc.)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM): PRODUCTS LIABILITY LITIGATION | MDL No. 2243<br>Civil Action No. 08-08 (FLW)(LHG) |
| THIS DOCUMENT RELATES TO:<br><br>*Theresa Castillo, Successor in Interest to the Estate of Mabel Castillo v. Merck Sharp & Dohme Corp. f/k/a Merck & Co., Inc. et al.*<br><br>Civil Action No. 3:12-cv-00070 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case, Theresa Castillo, Successor in Interest to the Estate of Mabel Castillo, and the above-named Defendant, Merck Sharp & Dohme Corp. (formerly known as Merck & Co., Inc.) ("Merck"), through their respective undersigned counsel, that this case is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41 (a). Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| **SANDERS VIENER GROSSMAN, LLP**<br>*Attorneys for Plaintiff* | **FOX ROTHSCHILD LLP**<br>*Attorneys for Defendant* |
| By: /s/ Marc Grossman<br>   Marc Grossman, Esq.<br>   100 Garden City Plaza, Ste. 500<br>   Garden City, NY 11530 | By: /s/ Karen A. Confoy<br>   Karen A. Confoy<br>   997 Lenox Drive<br>   Lawrenceville, NJ 08648 |
| Dated: July 15, 2019 | Dated: September 22, 2020 |

**SO ORDERED,**

Date: December 8, 2020

_____
Hon. Freda L. Wolfson, Chief U.S.D.J.