James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
*Plaintiffs' Co-Liaison Counsel*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Fosamax (Alendronate Sodium) Products Liability Litigation | MDL No. 2243<br>Master Docket No. 3:08-cv-08-FLW-LHG |
| This Document Relates To:<br>All Actions | *Filed Electronically* |

### NOTICE OF WITHDRAWAL OF PRO HAC VICE COUNSEL

PLEASE TAKE NOTICE that the appearance of Brendan J. Crimmins of Kellogg, Hansen, Todd, Figel & Frederick, PLLC as *pro hac vice* counsel for Plaintiffs is withdrawn and that his name should be removed from any service list, including any list for notification maintained by the Clerk of the Court and the parties.

All other counsel of record for Plaintiffs in this case remains the same.

Dated: March 1, 2021

                                            Respectfully submitted,

                                            CARELLA, BYRNE, CECCHI,
                                            OLSTEIN, BRODY & AGNELLO
                                            5 Becker Farm Road
                                            Roseland, NJ  07068
                                            *Plaintiffs' Co-Liaison Counsel*
                                            /s/ James E. Cecchi
                                                James E. Cecchi

Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
*Plaintiffs' Co-Liaison Counsel*

David C. Frederick (*pro hac vice*)
Brendan J. Crimmins (*pro hac vice*)
Jeremy S.B. Newman (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 1, 2021, the document above was electronically filed with the Clerk of Court using the CM/ECF system which automatically sent notification to all parties of record.

/s/ James E. Cecchi
James E. Cecchi
